UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Justice Anthony Valentino, | Civil No. 24-cv-3719 (PJS/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Steve Hall, et al., | |
| Defendants. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated December 9, 2024 (ECF No. 12), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff Justice Anthony Valentino's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983, Dkt. No. 1, is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2).

2. Valentino's Application to Proceed in District Court Without Prepaying Fees or Costs, Dkt. No. 2, and pending motions at Dkt. Nos. 9-11 and 13, are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  01/09/2025

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota